**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

10120

5/18/2018

PAY TO THE ORDER OF   Fatima Carmona          $ **179.17

One Hundred Seventy-Nine and 17/100************************************************************   DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111



MEMO   Pay Period: 04/30/2018 - 05/06/2018    AUTHORIZED SIGNATURE

---

**CAS HOME HEALTH CARE INC**

10120

Employee
Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111

SSN ***-**-1218
Status (Fed/State)  Single/Withhold
Pay Period: 04/30/2018 - 05/06/2018
Allowances/Extra  Fed-2/0/PA-0/0
Pay Date: 05/18/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 20:00 | 10.50 | 210.00 | 1,296.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -8.19 | -50.59 |
| Federal Withholding | 0.00 | -18.00 |
| Social Security Employee | -13.02 | -80.40 |
| Medicare Employee | -3.04 | -18.80 |
| PA - Withholding | -6.45 | -39.82 |
| PA - Unemployment EE | -0.13 | -0.78 |
|  | -30.83 | -208.39 |

Net Pay          179.17    1,088.36

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:00 | | 6:00 |

CAS HOME HEALTHCARE INC

**WELLS FARGO BANK, N.A.**
www.wellsfargo.com
3-50/310

**10022**

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

5/11/2018

PAY TO THE ORDER OF   Fatima Carmona   $ **125.42

One Hundred Twenty-Five and 42/100***************************************************************  DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

VALID VALID
VALID VALID
VALID VALID
VALID VALID

*Betty Burnette*
AUTHORIZED SIGNATURE

MEMO   Pay Period: 04/23/2018 - 04/29/2018

---

**CAS HOME HEALTH CARE INC**   **10022**

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 04/23/2018 - 04/29/2018 | | Pay Date: 05/11/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 14:00 | 10.50 | 147.00 | 1,086.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -5.73 | -42.40 |
| Federal Withholding | 0.00 | -18.00 |
| Social Security Employee | -9.12 | -67.38 |
| Medicare Employee | -2.13 | -15.76 |
| PA - Withholding | -4.51 | -33.37 |
| PA - Unemployment EE | -0.09 | -0.65 |
|  | -21.58 | -177.56 |

| Net Pay | 125.42 | 909.19 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:00 | | 5:00 |

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152

Powered by **Intuit Payroll**

**Fatima Carmona**

**Genesis Homecare Inc**

6044 Castor Ave  Philadephia, PA 19149-3205

| | | | | |
|---|---|---|---|---|
| Check Date | 05/11/2018 | Company # | | 7203288 |
| Period Begin | 04/29/2018 | Check # | | 10189 |
| Period End | 05/05/2018 | Emp # | | 160 |
| Hire Date | 04/19/2018 | Net Pay | | 266.23 |

| Code | Accrued | Used | Balance |
|---|---|---|---|
| | | | |

### Earnings

| Description | Location | Rate | Hr/Unit | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | Philadelphia P | 12.00 | 26.00 | 312.00 | 312.00 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Federal (312.00) (M/4) | 0.00 | 0.00 |
| Soc Sec (312.00) | 19.34 | 19.34 |
| Medicare (312.00) | 4.52 | 4.52 |
| PA State (312.00) | 9.58 | 9.58 |
| PA SUI (312.00) | 0.19 | 0.19 |
| Philadelphia (312.00) | 12.14 | 12.14 |

| | | | | |
|---|---|---|---|---|
| Total Earnings | | 26.00 | 312.00 | 312.00 |
| Total Direct Deposits | | | | |

| | | |
|---|---|---|
| Total Deductions | 45.77 | 45.77 |
| Check Amount | 266.23 | 266.23 |

── REMOVE DOCUMENT ALONG THIS PERFORATION ──

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**Genesis Homecare Inc**
6044 Castor Ave
Philadephia, PA 19149-3205

10189
03-50
WELLS FARGO BANK
310

May 11, 2018

PAY TO THE ORDER OF   * * * Fatima Carmona * * *

* * * Two Hundred Sixty Six Dollars and Twenty Three Cents * * *

$266.23

* * $266.23 * *

*Gloria S Finley*

Wells Fargo Business Payroll Services

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA  19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09930

5/4/2018

PAY TO THE ORDER OF   Fatima Carmona         $ **335.87

Three Hundred Thirty-Five and 87/100************************************************************************   DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

VALID VALID
VALID VALID
VALID VALID
VALID VALID
AUTHORIZED SIGNATURE

MEMO   Pay Period: 04/16/2018 - 04/22/2018

---

**CAS HOME HEALTH CARE INC**                                                                                 09930

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 04/16/2018 - 04/22/2018 | | Pay Date: 05/04/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 39:30 | 10.50 | 414.75 | 939.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -16.18 | -36.67 |
| Federal Withholding | -18.00 | -18.00 |
| Social Security Employee | -25.71 | -58.26 |
| Medicare Employee | -6.02 | -13.63 |
| PA - Withholding | -12.73 | -28.86 |
| PA - Unemployment EE | -0.24 | -0.56 |
| | -78.88 | -155.98 |

| Net Pay | 335.87 | 783.77 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:00 | | 4:00 |

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152

Powered by **Intuit Payroll**

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09835

4/27/2018

PAY TO THE ORDER OF   Fatima Carmona                                 $  **98.55

Ninety-Eight and 55/100************************************************************************  DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

VALID VALID
VALID VALID
VALID VALID
VALID VALID

Betty Barnette
AUTHORIZED SIGNATURE

MEMO  Pay Period: 04/09/2018 - 04/15/2018

---

**CAS HOME HEALTH CARE INC**                                                           09835

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 04/09/2018 - 04/15/2018 | | Pay Date: 04/27/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 11:00 | 10.50 | 115.50 | 525.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -4.50 | -20.49 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -7.16 | -32.55 |
| Medicare Employee | -1.67 | -7.61 |
| PA - Withholding | -3.55 | -16.13 |
| PA - Unemployment EE | -0.07 | -0.32 |
|  | -16.95 | -77.10 |

| Net Pay | 98.55 | 447.90 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:00 | | 3:00 |

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152                    Powered by **Intuit Payroll**

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA  19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09746

4/20/2018

PAY TO THE ORDER OF   Fatima Carmona                              $ **71.66

Seventy-One and 66/100************************************************************************  DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

MEMO  Pay Period: 04/02/2018 - 04/08/2018

VALID VALID VALID VALID VALID VALID VALID VALID

Betty Barnette
AUTHORIZED SIGNATURE

---

**CAS HOME HEALTH CARE INC**                                                                 09746

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 04/02/2018 - 04/08/2018 | | Pay Date: 04/20/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 8:00 | 10.50 | 84.00 | 409.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -3.28 | -15.99 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -5.21 | -25.39 |
| Medicare Employee | -1.22 | -5.94 |
| PA - Withholding | -2.58 | -12.58 |
| PA - Unemployment EE | -0.05 | -0.25 |
| | -12.34 | -60.15 |

| Net Pay | 71.66 | 349.35 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:00 | | 2:00 |

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152                 Powered by **Intuit Payroll**

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09686

4/13/2018

PAY TO THE ORDER OF   Fatima Carmona                    $ **62.69

Sixty-Two and 69/100************************************************************************

DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

MEMO   Pay Period: 03/05/2018 - 03/11/2018

VALID VALID VALID VALID

*Betty Burnette*
AUTHORIZED SIGNATURE

---

**CAS HOME HEALTH CARE INC**                                                                09686

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 03/05/2018 - 03/11/2018 | | Pay Date: 04/13/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 7:00 | 10.50 | 73.50 | 325.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -2.87 | -12.71 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -4.56 | -20.18 |
| Medicare Employee | -1.07 | -4.72 |
| PA - Withholding | -2.26 | -10.00 |
| PA - Unemployment EE | -0.05 | -0.20 |
| | -10.81 | -47.81 |

| Net Pay | 62.69 | 277.69 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 1:00 |

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152

Powered by **Intuit Payroll**

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09656

4/13/2018

PAY TO THE ORDER OF  Fatima Carmona      $ **71.68

Seventy-One and 68/100************************************************************************************ DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

MEMO
Pay Period: 03/26/2018 - 04/01/2018

VALID VALID VALID VALID VALID VALID VALID VALID

Betty Bonnette
AUTHORIZED SIGNATURE

---

**CAS HOME HEALTH CARE INC**                                                                    09656

| Employee | | | | | SSN ***-**-1218 | |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | | Pay Period: 03/26/2018 - 04/01/2018 | Pay Date: 04/13/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 8:00 | 10.50 | 84.00 | 252.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -3.28 | -9.84 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -5.20 | -15.62 |
| Medicare Employee | -1.21 | -3.65 |
| PA - Withholding | -2.58 | -7.74 |
| PA - Unemployment EE | -0.05 | -0.15 |
| | -12.32 | -37.00 |

| Net Pay | 71.68 | 215.00 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 1:00 | | 1:00 |
| Vacation | 0:00 | | 0:00 |

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152                    Powered by **Intuit Payroll**

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09555

4/6/2018

PAY TO THE ORDER OF   Fatima Carmona         $ **71.66

Seventy-One and 66/100************************************************************************************

DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

MEMO
Pay Period: 03/19/2018 - 03/25/2018

vALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE   Betty Bonnett   MP

---

**CAS HOME HEALTH CARE INC**                                                  09555

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 03/19/2018 - 03/25/2018 | | Pay Date: 04/06/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 8:00 | 10.50 | 84.00 | 168.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -3.28 | -6.56 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -5.21 | -10.42 |
| Medicare Employee | -1.22 | -2.44 |
| PA - Withholding | -2.58 | -5.16 |
| PA - Unemployment EE | -0.05 | -0.10 |
| | -12.34 | -24.68 |

| Net Pay | 71.66 | 143.32 |
|---|---|---|

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152

Powered by **Intuit Payroll**

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**CAS HOME HEALTH CARE INC**
7308 CASTOR AVE
PHILADELPHIA, PA 19152

WELLS FARGO BANK, N.A.
www.wellsfargo.com
3-50/310

09503

3/30/2018

PAY TO THE ORDER OF   Fatima Carmona          $ **71.66

Seventy-One and 66/100************************************************************   DOLLARS

Fatima Carmona
1900 Afron St
Philadelphia, PA 19111

MEMO  Pay Period: 03/12/2018 - 03/18/2018

AUTHORIZED SIGNATURE  Betty Barnette

---

CAS HOME HEALTH CARE INC                                                   09503

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Fatima Carmona, 1900 Afron St, Philadelphia, PA 19111 | | | | ***-**-1218 | Single/Withhold | Fed-2/0/PA-0/0 |
| | | | | Pay Period: 03/12/2018 - 03/18/2018 | | Pay Date: 03/30/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HHA Wages | 8:00 | 10.50 | 84.00 | 84.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Phila loc resident | -3.28 | -3.28 |
| Federal Withholding | 0.00 | |
| Social Security Employee | -5.21 | -5.21 |
| Medicare Employee | -1.22 | -1.22 |
| PA - Withholding | -2.58 | -2.58 |
| PA - Unemployment EE | -0.05 | -0.05 |
| | -12.34 | -12.34 |

| Net Pay | 71.66 | 71.66 |
|---|---|---|

CAS HOME HEALTHCARE, INC., 7308 CASTOR AVE, PHILADELPHIA, PA 19152

Powered by **Intuit Payroll**