**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Fatima Carmona

13

Bky No. 18-13485-ELF

Debtor

**ORDER**

**AND NOW,** this 20th day of December 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after notice it is hereby

**ORDERED** that compensation of **$4,500.00** is **ALLOWED**, and the remaining balance of **$3,883.00** may be paid by the trustee to the extent provided in the confirmed plan. See 11 USC §(330)(4)(B).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**