**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **Fatima Carmona** | : | |
| **Debtor** | : | **BANKRUPTCY NO.: 18-13485-ELF** |

<u>**ORDER**</u>

    **AND NOW,** this 11th day of July 2019, upon consideration of the **SUPPLEMENTAL APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

    **ORDERED** that additional compensation is **ALLOWED** to Debtor's counsel of **$750.00** as an <u>adm</u>ininstrative expense.


_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**