# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-13485-ELF

FATIMA CARMONA

1900 AFTON STREET

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FATIMA CARMONA

    1900 AFTON STREET

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    415 S. BROAD ST., UNIT 2R

    PHILADELPHIA, PA 19147-

Date: 6/5/2020                   /S/ William C. Miller
                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee