**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FATIMA CARMONA | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 18-13485-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: Sept. 30, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRANDON J. PERLOFF
415 S. BROAD ST., UNIT 2R

PHILADELPHIA, PA 19147-

Debtor:
FATIMA CARMONA

1900 AFTON STREET

PHILADELPHIA, PA 19111