United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 18-13485-elf
Fatima Carmona                                                                           Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: Randi                            Page 1 of 2
Date Rcvd: Sep 30, 2020                 Form ID: pdf900                        Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fatima Carmona, 1900 Afton Street, Philadelphia, PA 19111-3412 |
| 14112999 | + | Apolinar De Leon, 1900 Afton Street, Philadelphia, PA 19111-3412 |
| 14113000 | + | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14113001 | + | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14113006 | + | Philadelphia Gas Works, 1137 Chestnut St., Philadlephia, PA 19107-3619 |
| 14113007 | + | Rebecca A. Solarz, KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106, Attorney(s) for Mortgagee 19106-1538 |
| 14165594 | + | U.S Bank NA, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14174506 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14113009 | + | US Bank Nation Associates, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14113012 | + | Water Revenue Department, 1401 John F Kennedy Blvd, Philadelphia, PA 19102-1606 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2020 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 01 2020 03:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14223778 | | Email/Text: megan.harper@phila.gov | Oct 01 2020 03:26:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14113002 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2020 03:26:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14113004 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 01 2020 03:26:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14113003 | + | Email/Text: blegal@phfa.org | Oct 01 2020 03:26:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14113005 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2020 03:26:00 | Pennsylvania Dept of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14113008 | + | Email/Text: bankruptcy@sw-credit.com | Oct 01 2020 03:26:00 | Sw Crdt Sys, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14113010 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 01 2020 03:26:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14176592 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 01 2020 03:32:10 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

14113011 + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM
Oct 01 2020 03:33:48  Verizon by American InforSource LP, 4515 N. Santa Fe Ave, Oklahoma, OK 73118-7901

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

**Name** | **Email Address**

BRANDON J PERLOFF
on behalf of Debtor Fatima Carmona bperloff@perlofflaw.com kmecf1429@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FATIMA CARMONA | Chapter 13 |
| Debtor | Bankruptcy No. 18-13485-ELF |

# ORDER

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: Sept. 30, 2020

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRANDON J. PERLOFF
415 S. BROAD ST., UNIT 2R

PHILADELPHIA, PA 19147-


Debtor:
FATIMA CARMONA

1900 AFTON STREET

PHILADELPHIA, PA 19111